■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SPANGENBERG, Appellant. [852 NYS2d 810]—

Defendant pleaded guilty to criminal possession of marihuana in the first degree and was sentenced to five years in prison with three years of postrelease supervision. Defendant's sole contention on this appeal is that the sentence imposed is harsh and excessive. He is precluded, however, from raising this issue inasmuch as he made a knowing, voluntary and intelligent waiver of the right to appeal, both orally and in writing (*see People v Lopez*, 6 NY3d 248, 255-256 [2006]).

Cardona, P.J., Mercure, Carpinello, Malone Jr. and Kavanagh, JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMY STARK, Appellant. [852 NYS2d 810]—

Defendant's appeal waiver precludes his challenges to both the severity of his sentence (*see People v Graham*, 35 AD3d 1039, 1040 [2006], *lv denied* 8 NY3d 922 [2007]) as well as the denial of youthful offender treatment (*see People v Baldwin*, 36 AD3d 1024, 1025 [2007]). Accordingly, the judgment is affirmed.

Cardona, P.J., Peters, Spain, Kane and Kavanagh, JJ., conur. Ordered that the judgment is affirmed.